# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re:                                                  :     Case no.:       _____
                                                      : 
                                                      :     Chapter:        _____
                                                      : 
                                                      :     Judge:          _____
                       Debtor(s)                 :
_____:

## AMENDMENT TO SCHEDULE D, E, F, G, H
## or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

     ❏      Schedule D - Creditors holding secured claims    **($30.00 fee required*)**

     ❏      Schedule E - Creditors holding unsecured priority claims    **($30.00 fee required*)**

     ❏      Schedule F - Creditors holding unsecured claims    **($30.00 fee required*)**

     ❏      Schedule G – Executory Contracts and Unexpired Leases

     ❏      Schedule H - Codebtors

     ❏      List of Creditors (Matrix)    **($30.00 fee required*)**

> **IMPORTANT –** In order to receive official notices, parties added to Schedule G or H and not previously included in Schedules D, E, F or the List of Creditors, must be added to the List of Creditors.

The List or Schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)




I certify under penalty of perjury that the above information is correct.

Dated: _____      Debtor's signature:     _____

Dated: _____      Debtor's signature:     _____

* Schedules D, E, F and the List of Creditors may be amended simultaneously, thereby incurring only one $30 fee.

*rev.12/1/12*