Dear Ms. Greenberg,

As directed by Judge Burns, the following is a list of personal property remaining under the control and custody of your client, along with ownership information and documentation. As you know, title and ownership information has been previously supplied along with documentation to yourself and your client as to the living units themselves. This is now being supplied again.

1. C-22 – with room attached.
2. D-21 – with room attached.
3. B-03 – with deck attached under roof.
4. B-03 Hi-Line

Numbers 1, 2, and 3 are the three sites involving the attached list of other personal property aside from the dwelling units themselves and the attached structures.

5. Regarding the Hi-Line model on site B-6, no other personal property that I can recall than the home itself and its contents, deck and stairs when purchased remain at Swan Lake.

Other specific personal property includes:

1. King-size bed with twin box springs and bed frame.
2. 38" flat-screen Sony tv with glass shelf-type glass tv base/stand.
3. Dining room set and hutch, light oak/pine-type finish.
4. Tables and lamps + remote lighting
5. Two propane fireplaces, medium to dark finish.
6. Buffet/server, approximately 56" long, light oak or pine finish with glass top.

7. Queen-size bedroom set, mattress, box spring, frame and dresser.

8. Matching leather sofa and love seat.

9. Twin size box spring and mattress and bedding supplies.

10. Wood burning stove.

11. Sofa bed and recliner.

12. Kitchen table and bar stools.

13. Wheelbarrow, shovels, rakes and other garden tools.

14. Various lumber, including 4x4x8 (46 pieces), 2x10x10 (10 pieces) and ¼" 4x8 plywood (26 pieces).

15. Fencing as follows: Raach type with mesh (approximately 180 feet), picket fence (approximately 160 feet) and stockade fencing (11 sections, 8ft x 6ft).

16. Miscellaneous kitchen supplies, including pots and pans, dishes, cooking utensils, etc.

17. Miscellaneous electronics, including Panasonic disc and 8-track plus remote, 19" flat screen TV and remote, plus one 18" regular deck tv.

18. 16"x16" pavers, approximately 140.

19. All interior track lighting (D-21 – B-03)

20. 4 sets of spotlights with motion detectors.

21. Various window treatments, including 28 mini blinds, drapes, curtains and rods.

22. 6 gallons of exterior stain and various interior paint and painting supplies.

23. TV wall mounting brackets.

24. Storage shed, approximately 6'x8', barn style.

25. 6' glass sliding door, keyed for outside entry, white exterior entrance to additional room build onto C-22.

26. Propane, approximately 130 gallons.

27. All new and extra insulation installed under Florida room in D-21.

28. Cleaning supplies, including:
    a. Two gallons of roof cleaner
    b. Two gallons of degreaser

29. All building and rehab materials needed to rebuild D-22 attached room, including:
    a. T-111 – 7 sheets
    b. Metal roofing
    c. Insulation rolls
    d. All decking
    e. All carpeting including that not yet installed

30. Landscaping package for units C-22, D-21 and B-03, including shrubs, rose bushes, mulch and border (decorative, masonry type)

31. Water lines, electric wrapping materials.

32. All roofing supplies for metal roof, including braces and supports.

33. All skirting at base of each dwelling unit.

34. 5 reclining beach chairs.

35. 2 large ice type coolers.

36. 4 bottleneck jacks, 6 screw-type jacks.

37. Fiberglass extension ladder, approximately 14-22 feet.

38. 4 sheets of board insulation.

39. 6 foot dock bench.

40. Multiple boxes containing family photo albums, loose photos, funeral cards, baby and childhood photos, and other miscellaneous items – all of which must be returned and cannot be replaced.

41. Slides and projector.

42. Two pantries of canned goods and other unopened food.

43. Refrigerator and freezer contained food that has since spoiled due to electric being shut off prior to granted access.

44. Two carpet reams, approximately 8 x 12 feet/ 10 x 12 feet.

45. Multiple toys and collectibles, including Lionel train set, all irreplaceable.

46. Power washer and generator parts removed and units disabled.

47. Clark rotary scrubbers and extraction unit carpet and floor care equipment + accessories and chemicals.

48. 6 file boxes of litigation materials, exhibits, reports, sworn certifications, pleadings, research, etc., much of which pertains to this very litigation.

49. Various prescription and other medication, knee braces and exercise equipment.

50. Black's Law Dictionary and various other legal publications.

51. Box of various litigation photos, x-rays, MRIs, etc., many as to injuries sustained involving the downed tree incident after Hurricane Sandy.

52. 1 Gravity traction unit.

53. 4 vertical blinds approximately 6 x 80 feet.

54. Wet/dry vacuum, 20 gallon.

55. All skirting and insulation surrounding all three properties.

This list will be updated and supplemented as further inventory is taken.

Case 13-21376-GMB    Doc 37    Filed 09/18/13    Entered 09/18/13 11:18:01    Desc Main
Document      Page 5 of 5